| 426P13 | Duke University Health System, Inc. v. John D. Sparrow, Sr. | Def's PDR Under N.C.G.S. § 7A-31 (COA13-12) | Denied |
|---|---|---|---|
| 459P12-2 | State v. Dominique V. Gray | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of Superior Court of Pitt County<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Denied<br><br><br><br>2. Allowed<br><br><br>3. Dismissed as Moot |
| 469P13 | State v. Shannon Devon Ashe | 1. State's Motion for Temporary Stay (COA13-298)<br><br><br><br>2. State's Petition for *Writ of Supersedeas*<br><br>3. State's PDR Under N.C.G.S. § 7A-31 | 1. Allowed **10/18/2013** Dissolved **04/10/2014**<br><br>2. Denied<br><br>3. Denied |
| 504P12-2 | State v. Tyrone Johnson | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review the Order of Mecklenburg County Superior Court<br><br>2. Def's *Pro Se* Motion to Proceed *In Forma Pauperis*<br><br>3. Def's *Pro Se* Motion to Appoint Counsel | 1. Dismissed<br><br><br><br>2. Allowed<br><br><br>3. Dismissed as Moot |
| 505P13 | Amy Diamond, Petitioner v. Charlotte-Mecklenburg County Board of Education, Eric Davis, Timothy S. Morgan, Tom Tate, Joyce Davis, & Allen McElrath, in their individual and official capacities, Respondents | 1. Petitioner's PDR Under N.C.G.S. § 7A-31 (COA12-690-2)<br><br>2. Petitioner's Motion to Deem Brief Timely Filed | 1. Denied<br><br><br>2. Allowed |
| 517P13 | City of Asheville, a N.C. Municipality v. Resurgence Development Company, LLC | Def's PDR Under N.C.G.S. § 7A-31 (COA13-341) | Denied |